**TERRENCE A. GAISER**
*Attorney at Law*
2900 Smith Street, Suite 220
Houston, Texas 77006
(713) 225-0666

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 2:42:10 PM
CHRISTOPHER A. PRINE
Clerk

October 6, 2015

Mr. Germain Lawon Davis
SPN # 02507078
Harris County Jail
1200 Baker Street
Houston, Texas 77002

Re: Germain Lawon Davis v. State of Texas, Cause Number 01-13-00947-CR

Dear Mr. Davis:

Enclosed are copies of the opinion of the Court of Appeals in your case, a motion for extension of time for you to file a pro se petition for discretionary review in the Court of Criminal Appeals, and a copy of my motion to withdraw as attorney of record. I am sorry to say that, in my professional opinion further appeal would be pointless.

Should you have any questions, please let me know.

Thank you for your attention in this matter.

Sincerely,


Terrence Gaiser
TG/cc

Enclosures

CMRRR 7014 0510 0000 0090 2988


**NO. 01-13-00947-CR**

# IN THE COURT OF CRIMINAL APPEALS

# OF TEXAS

# FROM THE FIRST SUPREME JUDICIAL DISTRICT

## GERMAIN LAWON DAVIS, APPELLANT

## VS.

## STATE OF TEXAS, APPELLEE

# MOTION FOR EXTENSION OF TIME
# WITHIN WHICH TO FILE APPELLANT'S PETITION
# FOR DISCRETIONARY REVIEW

**TERRENCE GAISER
LAWYER FOR
APPELLANT
2900 SMITH STREET, # 220
HOUSTON, TEXAS 77006
SBOT# 07572500
713/ 225-0666
tagaiser@aol.com**

**NO. 1330760**

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | HARRIS COUNTY,TEXAS |
| | § | |
| GERMAIN LAWON DAVIS | § | 182ND JUDICIAL DISTRICT |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW**

NOW COMES GERMAIN DAVIS, appellant in the above-captioned cause, by and through his attorney, TERRENCE GAISER, and files his Motion for Extension of Time Within Which to File Appellant's Petition for Discretionary Review; for which he would show:

1.) Appellant appeals from a judgment of guilt and sentence of life without parole the offense of capital murder

2.) On September 24, 2015, a panel of the First Court of Appeals in Cause No. 01-13-00947-CR, Germain Lawon Davis v. State of Texas, issued a memorandum opinion affirming appellant's conviction. No motion for rehearing was filed.. Appellant's Petition for Discretionary Review is due on Monday, October 26, 2015. This is the first requested extension. Appellant requests a thirty-day extension to and including November 26, 2015.

3.) This extension is being sought for the following reasons:

After fter careful review of the opinion of the Court of Appeals and the transcript of this case, in counsel's professional opinion, further review of this case would be frivolous and without further merit. Counsel has informed appellant of his right to seek discretionary review, *pro se*, and will inform appellant of this request for extension.

4.) Counsel will file a motion to withdraw as attorney of record in the First Court of Appeals and will inform appellant, by copy of that motion.

WHEREFORE, premises considered, appellant prays for an extension of time to file appellant's petition for discretionary review to and including October 26, 2015.

Respectfully Submitted,

/S/ Terrence A. Gaiser
TERRENCE GAISER
LAWYER FOR APPELLANT
2900 SMITH STREET, STE. 220
HOUSTON, TEXAS 77006
(713) 225-0666
SBN# 07572500
tagaiser@aol.com

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A PDR WAS SERVED ON ALL PARTIES ACCORDING TO THE RULES.

/S/ Terrence A. Gaiser
TERRENCE GAISER